UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-01163-SRM-PD                Date: May 15, 2026

Title    *Em Chhuon v. Warden, Adelanto ICE Detention Facility*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

|                    |                            |
|--------------------|----------------------------|
| Isabel Verduzco    | N/A                        |
| Deputy Clerk       | Court Reporter / Recorder  |

Attorneys Present for Petitioner:    Attorneys Present for Respondents:

N/A                                          N/A

**Proceedings (In Chambers):    Order re Conversion of Preliminary Relief to Final Judgment**

The parties are ordered to show cause at the hearing on **June 4, 2026 at 1:30 p.m.** via Zoom why the preliminary relief entered by the district court, *see* Dkt. Nos. 14, 18, should not be converted to final judgment on the merits for the same reasons and on the same terms provided in the order granting such preliminary relief.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); *cf.* Fed. R. Civ. P. 65(a)(2).

The parties may discharge this order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms provided in the district court's order granting such preliminary relief by **June 3, 2026**, in which case the June 4, 2026 hearing will be taken off calendar.  Nothing in such stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.____5:26-cv-01163-SRM-PD_____Date: May 15, 2026_____

Title      *Em Chhuon v. Warden, Adelanto ICE Detention Facility*_____

      If the parties do not agree to stipulate as set forth above, by **June 3, 2026**, each party will file a supplemental submission addressing the issue[s] they contend remain after the grant of preliminary relief.

      IT IS SO ORDERED.