JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EM CHHUON,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Detention Facility, et al.,<br>Respondents. | Case No. 5:26-cv-01163-PD<br>**JUDGMENT**<br>**A# 025-290-561** |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Claim Three and the remaining claims are dismissed without prejudice.

DATED: July 16, 2026

Patricia Donahue
United States Magistrate Judge